Form fnldec (12/03)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

**Case No.:  05–12104    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tamer Sawalhi | Amal Sawalhi |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 5 Elkhart Court | 5 Elkhart Court |
| Rosedale, MD 21237 | Rosedale, MD 21237 |
| Social Security No.:   xxx–xx–8715 | xxx–xx–7091 |

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above–named Debtor(s) on 2/1/05

## FINAL DECREE

The estate of the above–named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Mark J. Friedman is discharged as trustee of the estate of the above–named debtor and the bond is cancelled; and the chapter 7 case of the above named debtor is closed.

Dated: 5/17/05

*E. Stephen Derby*
U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: admin              Page 1 of 1             Date Rcvd: May 17, 2005
Case: 05-12104                 Form ID: fnldec          Total Served: 3

The following entities were served by first class mail on May 19, 2005.
db         +Amal Sawalhi,    5 Elkhart Court,    Rosedale, MD 21237-1416
db         +Tamer Sawalhi,   5 Elkhart Court,    Rosedale, MD 21237-1416
aty        +Randolph N. Blair, Sr,   6914 A. Holabird Ave.,   Baltimore, MD 21222-1747

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2005**          Signature:   _Joseph Speetjens_